AO 91 (Rev. 11/11)  Criminal Complaint

FILED

MAR 1 0 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

# UNITED STATES DISTRICT COURT
### for the

United States of America )
v. )
)
"John Doe" )  Case No. 5:15-MJ-1324-JG
)
)
)
)
_____ )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 16, 2013_____ in the county of _____Harnett_____ in the

___Eastern___ District of ___North Carolina___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2251(e) | Production/Manufacture of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

M.C. GLENN COVINGTON, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10 March 2015

_____
*Judge's signature*

City and state:            Raleigh, North Carolina

JAMES E. GATES, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT

I, M.C. Glenn Covington, being first duly sworn, hereby depose and state:

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to Cary, North Carolina and have been so employed since October 2009. I am responsible for investigations involving the production, importation, advertising, receipt, and distribution of child pornography which occur in the Eastern District of North Carolina. I was previously employed as a United States Postal Inspector for five years in Richmond, VA and was responsible for child exploitation investigations involving the U.S. Mail. I have participated in over 100 child pornography investigations. I have received training in the area of child pornography and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child pornography crimes through the United States Postal Inspection Service, the FBI and the Department of Justice. I have also received specialized training from the Internet Crimes Against Children Task Force seminars and at the Dallas, TX Advocacy Center's Crimes Against Children Training Conference.

2. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.



3. Your affiant is investigating a case of sexual exploitation of a child, specifically the production of child pornography in violation of 18 U.S.C. § 2251(a) and conspiracy to produce child pornography in violation of 18 U.S.C. § 2251(e).

## INVESTIGATION

4. On January 10, 2014, your affiant was contacted by Harnett County Sheriff's Office (HCSO) regarding a state search warrant executed at the residence of Bailey J. MILLS for Sexual Exploitation of a Minor. On January 5, 2014, HCSO interviewed a 12-year-old female who disclosed that on January 2, 2014, and January 3, 2014, she had sexual intercourse with Bailey J. MILLS. Later that same day, HCSO executed a state search warrant at the residence of Bailey J. MILLS, 184 Nicole Drive, Sanford, NC 27332 for Sexual Exploitation of a Minor.

5. Pursuant to the search warrant digital media was seized and analyzed by a computer forensic examiner. As result of the examination numerous images and videos of children engaged in sexually explicit conduct were discovered produced by Bailey MILLS. Your affiant located six (6) images and eight (8) videos that depict an unidentified white male ("John Doe") and an 8-year-old female ("victim") engaged in sexually explicit conduct that was filmed/produced by Bailey MILLS. Below are descriptions of the six (6) images;

- This color image depicts the victim lying on her back naked with the male subjects hands placed on the outside of the victim's vagina.

- This color image depicts the victim lying on her back with the male subject performing oral sex on the victim.

- This color image depicts the victim naked touching the male subjects flaccid penis with the victim's hands.



- This color image depicts the naked victim stroking the male subject's penis.

- This color image depicts the male subject lying naked on his back while the nude victim is wiping their hands on a towel.

- This color image depicts the male subject lying naked on his back holding his penis with both his thumbs and index finger. The victim is kneeling naked in front of the male subject.

6.  Below are the descriptions of the eight (8) videos that your affiant located that depict the same unidentified white male ("John Doe") and 8 year old ("victim") engaged in sexually explicit conduct that was filmed/produced by Bailey MILLS;

- The movie file CAM00843 is 15 seconds in length and depicts the victim laying on her their back naked while the male subject is performing oral sex on the victim.

- The movie file CAM00845 is 30 seconds length depicts the male subject lying on his back while the nude victim is playing the male subject's penis.

- The movie file CAM00846 is 59 seconds in length and depicts the male subject lying naked on his back while the nude victim is rubbing lubrication on his the male subject's penis.

- The movie file CAM00847 is 5 seconds in length and depicts the nude male subject lying on his back holding his penis. The victim is naked next to the male subject while the victim is wiping their hands on a towel.

- The movie file CAM00848 is 15 seconds in length and depicts the male subject lying on his back stroking his penis. The victim is kneeling nude in front of the male subject.

- The movie file CAM00849 is one minute and 49 seconds in length and depicts the male subject lying on his back stroking his penis. The victim performs oral sex on the male subject. The victim's genitals can also be seen in the video.

- The movie file CAM00850 is one minute and twenty-two seconds in length and depicts the nude victim performing oral sex on the male subject. The male subject strokes his penis after the victim is finished.

- The movie file CAM00851 is one minute and twelve seconds in length and depicts the nude victim sitting on the naked male subjects lap. The victim is rubbing their vagina on the male subject's penis until the male subject ejaculates.

7. The "John Doe" depicted in the images and video's is described as a Caucasian male, 40 – 50 years in age, with a medium to heavy build. He has a bald spot on the top of his head with brown hair on the sides. He has glasses and appears to have brown eyes. Three images of "John Doe" are included in Attachment A to this affidavit.

## CONCLUSION

8. Based on the information set forth in this affidavit, I submit that there is probable cause to believe that John DOE has produced child pornography or conspired to do so in violation of Title 18, United States Code (U.S.C.), §§ 2251(a) and 2251(e) .

9. In consideration of the foregoing, I respectfully request that this court issue an arrest warrant for John DOE, described and depicted in Attachment A.

M.C. Glenn Covington
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN
before me this __10__ day of ___MARCH___, 2015

JAMES E. GATES
United States Magistrate Judge

EAO

# ATTACHMENT A

The "John Doe" depicted in the images and video's is described as a Caucasian male, 40 – 50 years in age, with a medium to heavy build. He has a bald spot on the top of his head with brown hair on the sides. He has glasses and appears to have brown eyes. Three images of "John Doe" are included in Attachment A to this affidavit.

